# EXHIBIT A

| | |
|---|---|
| **From:** | Frear Stephen Schmid <frearschmid@aol.com> |
| **Sent:** | Thursday, March 16, 2023 1:07 PM |
| **To:** | Fahnestock, Derek; tfreiburger1@yahoo.com; glenn.brown@realworldlaw.com |
| **Cc:** | SCKline@Venable.com; MChou@Venable.com |
| **Subject:** | [EXT] Re: Bausch & Lomb Incorporated et al v. SBH Holdings LLC - Court's March 9 Oral Order |

Hi Derek-we stand by our proposed language and had and have nothing to add.


Very truly yours,

Frear Stephen Schmid
7585 Valley Ford Road
Petaluma, CA 94952
Tel: 415-788-5957
e-mail: frearschmid@aol.com

++++++++++++++++++++

This e-mail and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you receive this e-mail in error please notify us immediately either by return e-mail or by telephone at 415-788-5957 and permanently delete the original, any copy of any e-mail, and any printout thereof.


-----Original Message-----
From: Fahnestock, Derek <dfahnestock@morrisnichols.com>
To: tfreiburger1@yahoo.com <tfreiburger1@yahoo.com>; Frear Stephen Schmid <frearschmid@aol.com>; glenn.brown@realworldlaw.com <glenn.brown@realworldlaw.com>
Cc: Kline, Steven C. <SCKline@Venable.com>; Chou, Monica <MChou@Venable.com>
Sent: Thu, Mar 16, 2023 6:58 am
Subject: Bausch & Lomb Incorporated et al v. SBH Holdings LLC - Court's March 9 Oral Order

Counsel:

The Court's Oral Order of March 9 (D.I. 57) states that "no later than March 15, 2023, Defendant shall submit to Plaintiff its proposed constructions for 'comprising on a daily dosage basis' and 'administering a daily dosage' (as opposed to statements about when infringement occurs, which is what is currently included in the JCCC)." That date has now passed without SBH providing the Court-ordered disclosure. Please confirm immediately that you are no longer pursuing constructions of these terms and will agree to Plaintiffs' constructions.

In view of the rapidly approaching deadline for Plaintiffs' brief, we need to hear from you by 2:00 ET today or we will need to approach the Court today regarding this violation. Plaintiffs reserve all rights to seek relief.

Regards,

Derek Fahnestock

**From:** ded_nefreply@ded.uscourts.gov <ded_nefreply@ded.uscourts.gov>
**Sent:** Thursday, March 9, 2023 4:39 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** [EXT] Activity in Case 1:20-cv-01463-GBW-CJB Bausch & Lomb Incorporated et al v. SBH Holdings LLC Oral Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 3/9/2023 at 4:39 PM EST and filed on 3/9/2023

**Case Name:**         Bausch & Lomb Incorporated et al v. SBH Holdings LLC
**Case Number:**       [1:20-cv-01463-GBW-CJB](#)
**Filer:**
**Document Number:** 57(No document attached)

**Docket Text:**
**ORAL ORDER: The Court, having reviewed the parties' Joint Claim Construction Chart ("JCCC"), (D.I. 54 at 2 & ex. A at 2-3), hereby ORDERS that by no later than March 15, 2023, Defendant shall submit to Plaintiff its proposed constructions for "comprising on a daily dosage basis" and "administering a daily dosage" (as opposed to statements about when infringement occurs, which is what is currently included in the JCCC). Ordered by Judge Christopher J. Burke on 3/9/2023. (dlb)**

**1:20-cv-01463-GBW-CJB Notice has been electronically mailed to:**

Jack B. Blumenfeld      Jbbefiling@mnat.com, jblumenfeld@mnat.com

Glenn A. Brown      glenn.brown@realworldlaw.com, noticeme.realworldlaw@gmail.com

Derek James Fahnestock      dfahnestock@mnat.com

**1:20-cv-01463-GBW-CJB Filer will deliver document by other means to:**

---

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.