IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAUSCH & LOMB INCORPORATED & PF CONSUMER HEALTHCARE 1 LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 20-1463 (GBW) (CJB) |
| SBH HOLDINGS LLC, | ) ) ) | ████████████ |
| Defendant. | ) ) | REDACTED - PUBLIC VERSION |

**DECLARATION OF MONICA CHOU, ESQ. IN SUPPORT OF PLAINTIFFS'
ANSWERING BRIEFS IN OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT
AND DAUBERT MOTIONS**

I, Monica Chou, declare as follows:

1.     I am an attorney at the law firm of Venable LLP and am counsel to Plaintiff Bausch & Lomb Incorporated ("Bausch").

2.     I respectfully submit this declaration in support of Plaintiffs Bausch's and PF Consumer Healthcare 1 LLC's answering briefs in opposition to Defendant SBH Holdings LLC's summary judgment and *Daubert* motions.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the Reply Expert Report of Plaintiffs' expert, Dr. Elizabeth J. Johnson, dated April 25, 2024 ("Johnson Reply Report").

4.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Defendant's witness, Zac Denning, held on December 1, 2023 ("Denning Tr.").

5.     Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition transcript of Defendant's 30(b)(6) witness, Alain Magro, held on November 29, 2023 ("30(b)(6) Magro Tr.").

6.      Attached hereto as Exhibit 4 is a true and correct copy of BAUSCH0121475-479 (excerpt of the Image File Wrapper of application Serial No. 10/641,668).

7.      Attached hereto as Exhibit 5 is a true and correct copy of BAUSCH0121644-649 (excerpt of the Image File Wrapper of application Serial No. 10/641,668).

8.      Attached hereto as Exhibit 6 is a true and correct copy of BAUSCH0000070-77 (excerpt of the Image File Wrapper of U.S. Patent No. 8,603,522).

9.      Attached hereto as Exhibit 7 is a true and correct copy of BAUSCH0000275-282 (excerpt of the Image File Wrapper of U.S. Patent No. 8,603,522).

10.     Attached hereto as Exhibit 8 is a true and correct copy of excerpts of BAUSCH0000286-290 (excerpt of the Image File Wrapper of U.S. Patent No. 8,603,522).

11.     Attached hereto as Exhibit 9 is a true and correct copy of Plaintiffs' Final Infringement Contentions dated November 1, 2023.

12.     Attached hereto as Exhibit 10 is a true and correct copy of USP 24 NF 19. (BAUSCH0122312-319).

13.     Attached hereto as Exhibit 11 is a true and correct copy of the opening Expert Report of Plaintiffs' expert, Michael E. Tate, dated February 20, 2024 ("Tate Opening Report").

14.     Attached hereto as Exhibit 12 is a true and correct copy of the Reply Expert Report of Plaintiffs' expert, Michael E. Tate, dated April 26, 2024 ("Tate Reply Report").

I declare under penalty of perjury that the foregoing is true and correct:

1

Executed on: October 17, 2024

/s/ *Monica Chou*

Monica Chou
VENABLE LLP
151 West 42nd Street, 49th Floor
New York, New York 10036
(212) 218-2100
MChou@venable.com

*Counsel for Plaintiff Bausch & Lomb
Incorporated*

**Plaintiffs' Answering Briefs in Opposition to Defendant's Summary Judgment And _Daubert_ Motions - Appendix Of Exhibits**

| Exhibit No. | Description |
|---|---|
| 1 | Reply Expert Report of Plaintiffs' expert, Dr. Elizabeth J. Johnson, dated April 25, 2024 ("Johnson Reply Report") |
| 2 | Excerpts of the deposition transcript of Defendant's witness, Zac Denning, held on December 1, 2023 ("Denning Tr.") |
| 3 | Excerpts of the deposition transcript of Defendant's 30(b)(6) witness, Alain Magro, held on November 29, 2023 ("30(b)(6) Magro Tr.") |
| 4 | BAUSCH0121475-479 (excerpt of the Image File Wrapper of application Serial No. 10/641,668) |
| 5 | BAUSCH0121644-649 (excerpt of the Image File Wrapper of application Serial No. 10/641,668) |
| 6 | BAUSCH0000070-77 (excerpt of the Image File Wrapper of U.S. Patent No. 8,603,522) |
| 7 | BAUSCH0000275-282 (excerpt of the Image File Wrapper of U.S. Patent No. 8,603,522) |
| 8 | of BAUSCH0000286-290 (excerpt of the Image File Wrapper of U.S. Patent No. 8,603,522) |
| 9 | Plaintiffs' Final Infringement Contentions dated November 1, 2023 |
| 10 | USP 24 NF 19 (BAUSCH0122312-319) |
| 11 | Opening Expert Report of Plaintiffs' expert, Michael E. Tate, dated February 20, 2024 ("Tate Opening Report") |
| 12 | Reply Expert Report of Plaintiffs' expert, Michael E. Tate, dated April 26, 2024 ("Tate Reply Report") |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 17, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 17, 2024, upon the following in the manner indicated:

Glenn A. Brown, Esquire                                                    *VIA ELECTRONIC MAIL*
REAL WORLD LAW, P.C.
727 North Market Street, Suite 4
Wilmington, DE  19801
*Attorneys for Defendant*

Frear Stephen Schmid, Esquire                                      *VIA ELECTRONIC MAIL*
7585 Valley Ford Road
Petaluma, CA  94952
*Attorneys for Defendant*

Thomas Freiburger, Esquire                                           *VIA ELECTRONIC MAIL*
55 Main Street, 2nd Floor
Tiburon, CA  94920
*Attorneys for Defendant*

*/s/ Derek J. Fahnestock*

_____
Derek J. Fahnestock (#4705)