# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

Derek J. Fahnestock
(302) 351-9347
dfahnestock@morrisnichols.com

January 10, 2025

The Honorable Christopher J. Burke              *VIA ELECTRONIC FILING*
U.S. District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Bausch & Lomb Incorporated, et al. v. SBH Holdings LLC*,
            C.A. No. 20-1463 (GBW) (CJB)

Dear Judge Burke:

    Pursuant to the Court's Oral Order (D.I. 242), the parties provide the following indicating the order in which each party wishes the Court to review their respective pending summary judgment motions:

**<u>Plaintiffs</u>**

    Plaintiffs provide the following order in which it wishes the Court to review its summary judgment motions:

1. Motion for Summary Judgment No. 1 of No Invalidity Under 35 U.S.C. § 103 (D.I. 153)
2. Motion for Summary Judgment No. 3 of No Invalidity Under 35 U.S.C. § 112 and Broadening During Reexamination (D.I. 155)
3. Motion for Summary Judgment No. 2 of No Invalidity for Double Patenting of the '522 Patent (D.I. 154)
4. Motion for Summary Judgment No. 4 of No Invalidity or Unenforceability for SBH's Other Unsupported Defenses (D.I. 156)
5. Motion for Summary Judgment No. 5 of Infringement (D.I. 157)

**<u>Defendant</u>**

    Without prejudice to its pending motion (D.I. 246), SBH's order is: (1) No. 3; (2) No. 2; (3) No. 4; (4) No. 8; (5) No. 7; (6) No. 9; (7) No. 1; (8) No. 5; (9) No. 6.  However, the Court is urged to consider SBH's Nos. 2, 3 and 4 together as one motion, as all are directed to lack of

DOE infringement and they all were one motion in the original notice of motion (D.I. 150), but were only split "for the Court's administrative purposes" into "motions", per the Court's Oral Oder (D.I. 170) into three separate "motion/grounds"

                Respectfully,

                */s/ Derek J. Fahnestock*

                Derek J. Fahnestock (#4705)

DJF/rah

cc: All Counsel of Record (*via* CM/ECF and e-mail)