UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAUSCH & LOMB INCORPORATED & PF CONSUMER HEALTHCARE 1 LLC<br><br>Plaintiffs,<br><br>vs.<br><br>SBH HOLDINGS LLC,<br><br>Defendant | Civil Action No.: 20-1463 (GBW)(CJB) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant's Objection to Judge Burke's Oder Stricking Disclosure Arguments* were caused to be served on February 18, 2025, upon the following in the manner indicated:

    Derek J. Fahnestock, Esquire                 *VIA ELECTRONIC MAIL*
    Jack B. Blumenfeld, Esquire
    MORRIS, NICHOLS, ARSHT
    & TUNNELL, LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    (302) 658-9200
    dfahnestock@morrisnichols.com
    jblumenfeld@morrisnichols.com
    *Attorneys for Plaintiffs Bausch & Lomb*
    *Incorporated and PF Consumer Healthcare 1 LLC*

    Steven C. Kline, Esq.                           *VIA ELECTRONIC MAIL*
    VENABLE LLP
    151 West 42nd Street, 49th Floor
    New York, NJ  10036
    (212) 307-5500
    SCKline@venable.com
    *Attorneys for Plaintiff Bausch & Lomb*
    *Incorporated*

Dated: February 18, 2025

*/s/ Glenn A. Brown*
Glenn A. Brown (#4669)
REAL WORLD LAW, P.C.
727 N. Market Street #4
Wilmington, DE 19801
DE Bar No. 4669
(302) 225-8340
glenn.brown@realworldlaw.com
*Attorney for Defendant SBH Holdings, LLC*

Pro Hac Vice Counsel:

Thomas M. Freiburger, Esq.
P.O. Box 1026, Petaluma
Tiburon, CA 94920
Tel: 415-435-0240
tfreiburger1@yahoo.com

Frear Stephen Schmid, Esq.
7585 Valley Ford Road
Petaluma, CA 94952
Tel: 415-788-5957
frearschmid@aol.com

*Attorneys for Defendant SBH Holdings LLC*